UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHAN URBAN, an individual,

          Plaintiff,

v.

KNIGHT TRANSPORTATION INC., an Arizona Corporation, SAM HANDY TRUCKING, JOHN E. JONES, DOE 1, and DOES 2-20,

          Defendants.

Case No.: 3:09-cv-00389-LRH-VPC

## STIPULATION AND ORDER OF CONTINUANCE TO FILE AN OPPOSITION TO DEFENDANTS, SAM HANDY TRUCKING AND JOHN E. JONES JOINT MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW Plaintiff STEPHAN URBAN above named by and through their counsel of record BRENT H. HARSH, ESQ., of Thorndal, Armstrong, Delk, Balkenbush & Eisinger; Defendant KNIGHT TRANSPORTATION INC. above named by and through its counsel of record FELICIA A. GALATI, ESQ. of Olson Cannon Gormley & Desruisseaux; and Defendants SAM HANDY TRUCKING and JOHN E. JONES above named by and through its counsel of record SAMUEL A. KITTERMAN JR., ESQ. of Sherman & Associates hereby stipulate to allow additional time for the Plaintiff to file an opposition to Defendants, Sam Handy Trucking and John E. Jones Joint Motion to Dismiss for Lack of Personal Jurisdiction.

On September 21, 2009, Defendants, Sam Handy Trucking and John E. Jones filed a motion to dismiss. The Plaintiff's attorney starts a three week product liability case on

September 28, 2009 in Department Ten of the Second Judicial District Court of the State of Nevada and it is anticipated to conclude on October 16, 2009 but may continue after that date. Based on the above, the Plaintiff has requested additional time to file an opposition to the above motion, which is agreeable to all parties.

Therefore, the parties stipulate to grant the Plaintiff an extension to file his opposition to the motion to dismiss until October 30, 2009.

IT IS SO STIPULATED

DATED this 29 day of September, 2009.

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

By: /s/ Brent H. Harsh
   BRENT H. HARSH, ESQ.
   State Bar No. 8814
   6590 S. McCarran Blvd., Suite B
   Reno, Nevada 89509
   Attorneys for Plaintiff

SHERMAN & ASSOCIATES

By: /s/ Samuel A. Kitterman Jr.
   SAMUEL A. KITTERMAN JR., ESQ.
   State Bar No. 3092
   7450 Arroyo Crossing Pkwy., Suite 250
   Las Vegas, Nevada 89113
   Attorneys for Defendant
   Sam Hardy and John Jones

OLSON, CANNON, GORMLEY & DESRUISSEAUX

By: /s/ Felicia A. Galati
   FELICIA A. GALATI, ESQ.
   State Bar No. 7341
   9950 West Cheyenne Ave.
   Las Vegas, NV 89129
   Attorneys for Defendant Knight

IT IS SO ORDERED

DATED: September 30, 2009

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -