Law Offices of
*Sherman & Associates*
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Phone:   (702) 479-4350
Fax:      (702) 270-4602

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHAN URBAN, an individual, | CASE NO.:   3:09cv-00389 |
| Plaintiff, | |
| vs. | |
| KNIGHT TRANSPORTATION INC., an Arizona Corporation, SAM HANDY TRUCKING, JOHN E. JONES, DOE I, and DOES 2-20, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

**AND ORDER**

ABOVE NAMED PARTIES, by and through their undersigned counsel of record, stipulate to dismissal of this action and all claims, said dismissal to be with prejudice.  The Parties further stipulate they shall bear their own fees and costs incurred as to this matter.  They also stipulate there is no pending trial date.

The Parties so stipulate for a settlement of Plaintiff's claims as to the Defendants has been obtained, same being as to all Defendants.   Given that settlement the Parties further stipulate the settlements Plaintiff obtained as to the respective Defendants was obtained in good faith and thus, said settlements are subject to NRS 17.245 whereby the Defendants shall be barred from pursuing claims for contribution and/or equitable indemnity from each other or their respective liability insurers.

Law Offices of
Sherman & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Phone:    (702) 479-4350
Fax:        (702) 270-4602

1  The Parties further stipulate that given the nature of the global settlement reached herein

2  between the Parties, this dismissal shall also act as a bar as to Defendants, any of them, or their

3  respective liability insurers pursuing any other claims of any kind against each other or their

4  respective liability insurers as to this litigation and the underlying accident which is the subject

5  matter of this litigation.

6  The Parties also stipulate that since a global settlement has been reached as to this

7  litigation, the pending Motion to Dismiss brought on behalf of Defendants SAM HANDY

8  TRUCKING and JOHN E. JONES has been rendered moot and therefore, is withdrawn by said

9  Defendants from consideration by this Honorable Court.

10  WHEREFORE, the aforesaid Parties, by and through their undersigned counsel of

11  record, pray this Honorable Court grant said stipulation and relief as agreed upon between the

12  Parties as set forth hereinabove.

13  JOINTLY RESPECTFULLY SUBMITTED,

14  Dated November 20, 2009.                    Dated November 20, 2009.

15  THORNDAL, ARMSTRONG, DELK          SHERMAN & ASSOCIATES
    BALKENBUSH & EISINGER

16

17  Brent H. Harsh                                Sam A. Kitterman Jr._____, NV Bar #3092
    BRENT H. HARSH, ESQ., NV Bar #8814    SAM A. KITTERMAN JR., ESQ.

18  6590 So. McCarran Blvd., Suite B            7450 Arroyo Crossing Parkway, #250
    Reno, NV 89509                              Las Vegas, NV 89113

19  Attorneys for Plaintiff                     Attorneys for Defendants SAM HANDY
                                                TRUCKING & JOHN E. JONES

20  Dated November 20, 2009.

21  James R. Olson _____
    JAMES R. OLSON, ESQ., NV Bar #0116

22  FELICIA A. GALATI, ESQ., NV Bar #7341
    9950 W. Cheyenne Ave.,

23  Las Vegas, NV 89129

24  Attorneys for Defendant KNIGHT TRANSPORTATION

25  **ORDER OF DISMISSAL WITH PREJUDICE AND RELATED RELIEF**

26  **IT IS SO ORDERED.** This action is dismissed with prejudice, the parties to bear their

27  own fees and costs incurred as to same.   The settlements obtained by Plaintiff as to the

28  respective Defendants are further found to have been obtained in good faith and pursuant to

NRS 17.245, it is further

**ORDERED** that Defendants are barred from pursuing claims and/or litigation for contribution or equitable indemnity from each other or their respective liability insurers for the monies they have paid to Plaintiff in resolving Plaintiff's claims brought against them, and each of them; and given the Parties' stipulation that dismissal of this action with prejudice shall bar any and all other claims, it is also further

**ORDERED** the Defendants, and each of them, as well as their respective liability insurers are barred from pursuing claims of any kind as to each other or their respective liability insurers as to this litigation and the underlying accident which is the subject of this litigation; and, it is further

**ORDERED** that the Motion to Dismiss as filed on behalf of Defendants SAM HANDY TRUCKING and JOHN E. JONES which is presently pending before this Court is ruled as being moot given the global settlement reached between the Parties.

ENTERED this 24th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Law Offices of
**Sherman & Associates**
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Phone: (702) 479-4350
Fax: (702) 270-4602

-3-